**U.S. Department of Labor**
**Office of the Solicitor**

201 Varick Street, Room 983
New York, NY 10014
Phone: (646) 264-3654
Fax: (646) 264-3660/70

August 12, 2026

**MEMO ENDORSED**

**Via ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Acting Secretary of Labor v. Laurence A. Pagnoni & Assoc. Inc. dba LAPA Fundraising, et al.*, No. 26-cv-4137-KPF**

Dear Judge Failla:

Counsel for Plaintiff Keith E. Sonderling, Acting Secretary of Labor ("Acting Secretary") writes to respectfully request that the initial pretrial conference scheduled to take place on August 20, 2026 (ECF No. 12), be adjourned *sine die*. This is the first adjournment request for the initial pretrial conference. Counsel for the Acting Secretary contacted defendants to request their position but did not receive a response.

The Acting Secretary makes this request because he expects that the defendants will not appear at the initial pretrial conference. Defendants were properly served with the Acting Secretary's summons and complaint on June 9, 2026, and the deadline to answer or otherwise respond to the complaint elapsed on June 30, 2026. *See* ECF Nos. 19-21. To date, however, defendants have neither appeared nor answered. On August 12, 2026, the clerk entered a certificate of default. ECF No. 22. The Acting Secretary's motion for default judgment is forthcoming.

Thank you for consideration of this request.

Sincerely,

Jeffrey S. Rogoff,
Regional Solicitor

By: /s/
B. Carina De La Paz
Senior Trial Attorney

cc: Defendants via U.S. Mail

Application GRANTED. The initial pretrial conference previously scheduled for August 20, 2026, is hereby ADJOURNED *sine die*. The Court looks forward to reviewing Plaintiff's motion for default judgment on or before **August 28, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated: August 13, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE